UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                        **DECISION AND ORDER**

      v.                                                    20-CR-8-A

KALIJAH LONG,

                      Defendant.

      This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On March 9, 2022, defendant Kalijah Long appeared before Magistrate Judge Roemer and entered a plea of guilty to a 2-count Superseding Information which charges him with one count of Possession with Intent to Distribute and Distribution of Fentanyl in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C), and one count of Possession of a Firearm in Furtherance of Drug Trafficking in violation of 18 U.S.C. § 924(c)(1)(A)(i).

      Magistrate Judge Roemer issued a Report and Recommendation (Dkt. No. 74) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. No timely objections to the Report and Recommendation have been filed. It is hereby

      **ORDERED** that, upon review of the transcript of the March 9, 2022, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that all the requirements of Federal Rules of Criminal Procedure Rule 11 have been carefully followed. Defendant Long's plea of guilty was knowing, voluntary,

and supported by a factual basis.  The Magistrate Judge informed defendant, who was placed under oath and addressed personally in open court, of the defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charges to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in the Rule.  The Magistrate Judge determined that defendant understood the foregoing.

Accordingly, defendant Long's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.  Dkt. No. 74.  Sentencing is scheduled for July 25, 2022 at 12:30 pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  April 5, 2022